**IN THE UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHRISTOPHER SAIENNI; RICHARD PETERS** | **NO.** |
| **VERSUS** | **DIVISION** |
| **LEM PRODUCTS DISTRIBUTION, LLC** | **SECTION** |

## COMPLAINT

COMES NOW, Christopher Saienni and Richard Peters, who sue LEM Products Distribution, LLC. (hereafter LEM) as follows:

### The Parties

### I.

Plaintiffs are residents and citizens of the Parish of Livingston.

### II.

Defendant, LEM, is an Ohio corporation doing business within the State of Louisiana and within the jurisdiction of this Court.

### Jurisdiction

### III.

Plaintiff's claims are in excess of $75,000 and are against a non-resident defendant. Therefore, this Court has jurisdiction pursuant to 28 U.S.C. 1332.

### General Allegations

### IV.

LEM is liable to Christopher Saienni and Richard Peters for such damages as are reasonable in the premises, together with legal interest from the date of judicial demand until paid and for all costs of these proceedings, for the following reasons, to-wit:

**V.**

In 2012, Christopher Saienni purchased an LEM food dehydrator, Model No. 1009, from Bass Pro Shops in Denham Springs. He used the food dehydrator without incident until February 1, 2014.

**VI.**

On February 1, 2014, Christopher Saienni was using his food dehydrator for its reasonably anticipated and proper use. That evening, with two hours remaining on the LEM dehydrator, Mr. Saienni left his home to eat dinner at a local restaurant.

**VII.**

Upon returning to his home, he found that the windows to his home were completely blacked out with smoke. The Denham Springs Fire Department responded to the scene and it was determined that a fire had originated in the kitchen and in the exact spot where the LEM dehydrator was located.

**VIII.**

The fire caused extensive damage to Christopher Saienni's home, destroyed many personal items and killed his pet dog and cat.

**IX.**

Plaintiff, Richard Peters, also lived at the home. He lost several personal items and his pet cat was also killed in the fire.

**X.**

The but-for and proximate cause of the fire was the LEM dehydrator.

## XI.

The subject-model dehydrator has been recalled multiple times, including for fire risks, according to the Consumer Product Safety Commission (CPSC):

1.) A recall in February of 2011, where the CPSC states: "The screws that secure the motor to the back panel can come loose, causing the motor to fall on the heating element. This poses a fire hazard."

2.) A recall in May of 2013, where the CPSC states: "The fan can fail causing the unit to overheat and pose a fire hazard."

3.) A recall in February of 2014, where the CPSC states: "Damaged wiring in the food dehydrators can come into contact with a metal bracket inside the machine, posing a shock hazard."

## XII.

Plaintiffs specifically plead the doctrine of *Res Ipsa Loquitur.*

**WHEREFORE,** plaintiffs respectfully pray that:

1.) That defendant, LEM Products Distribution, LLC., be served with a certified copy of this complaint and be cited to appear and answer same within twenty-one (21) days of the date of such service;

2.) The after all due delays and legal proceedings are had, there be judgment rendered in favor of plaintiffs and against defendant for the full sum of such damages as are reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings, and;

3.) For all other general and equitable relief available under the facts and premises, including attorney's fees.

Respectfully submitted,

_____/S/ Joshua M. Lewis_____
**JOSHUA M. LEWIS**, No. 33244
110 Travis St., Ste. 204
Lafayette, LA. 70503
(225) 930-9914
(225) 341-8162

Mr. Clerk:

Please issue summons for service
on the defendant as follows:

**LEM Products Distribution, LLC.** through
its agent for service of process:

Taft Service Solutions Corp.
425 Walnut St. - #1800
Cincinnati, OH. 45202